UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| IRA R. OWEN, | ) | No. ED CV 09-481-PLA |
|             Plaintiff, | ) ) | |
|     v. | ) ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
|             Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for further administrative proceedings consistent with the Memorandum Opinion.

DATED: December 31, 2009

                                                      PAUL L. ABRAMS
                                     UNITED STATES MAGISTRATE JUDGE